UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| SUSAN K. RISTOW,<br><br>   Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM and JOHN DOES 1-10,Defendant. | Case No. 3:22-cv-00106-wmc |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SUSAN K. RISTOW and the Defendant CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully Submitted, |
| SUSAN K. RISTOW | CHARTER COMMUNICATIONS, INC.<br>d/b/a SPECTRUM |
| /s/ *Mohammed O. Badwan*<br>Mohammed O. Badwan, Esq.<br>Mohammed O. Badwan, Esq.<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue<br>Lombard, IL 60148<br>Phone: (630) 575-8181<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/*<br>Sartouk H. Moussavi<br>THOMPSON COBURN LLP<br>55 East Monroe Street<br>37th Floor<br>Chicago, IL 60603<br>(312) 346-7500<br>Fax: (312) 580-2201<br>smoussavi@thompsoncoburn.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                /s/ *Mohammed O. Badwan*
                                                Mohammed O. Badwan, Esq.